UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNEL CROWDER,<br><br>  Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKET, LLC; and DOES 1 to 100, inclusive ,<br><br>  Defendants. | Case No.: 23-cv-00140-H-JLB<br><br>**ORDER GRANTING JOINT MOTION TO REMAND ACTION BACK TO STATE COURT**<br><br>[Doc. No. 7.] |

  On August 29, 2022, Plaintiff Donnel Crowder filed a complaint in the Superior Court of California, County of San Diego against Defendant Sprouts Farmers Market, LLC. (Doc. No. 1-2, Compl.)  On January 25, 2023, Defendant SF Markets, LLC dba Sprouts Farmers Market (erroneously sued as "Sprouts Farmers Market, LLC") removed the action to the United States District Court for the Southern District of California pursuant to 28 U.S.C. §§ 1441 and 1446 on the basis of diversity jurisdiction under 28 U.S.C. § 1332. (Doc. No. 1, Notice of Removal.)

  On February 24, 2023, the parties filed a joint motion to remand the action back to state court.  (Doc. No. 7.)  In the joint motion, the parties state that they agree that the amount in controversy for this action will be for no more than $74,999.00.  (Id. at 2.)  As

such, the Court grants the joint motion, and the Court remands the action back to the Superior Court of California, County of San Diego.  See 28 U.S.C. § 1332(a); Chavez v. JPMorgan Chase & Co., 888 F.3d 413, 415 (9th Cir. 2018) ("[D]iversity jurisdiction under 28 U.S.C. § 1332 . . . requires complete diversity among the parties and an amount in controversy in excess of $75,000.").  The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: February 27, 2023

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT